UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

               Plaintiff,

v.

DEPARTMENT OF THE NAVY,

               Defendant.

Case No. C17-0720 RSM

STIPULATION AND ORDER FOR EXTENSION OF TIME

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following deadlines for good cause:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| FRCP 26(f) Conference | June 8, 2017 | June 22, 2017 |
| Initial Disclosures | June 15, 2017 | June 29, 2017 |
| Combined Joint Status Report and Discovery Plan | June 22, 2017 | July 7, 2017 |

STIPULATION AND ORDER FOR EXTENSION
OF TIME
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 6th day of June, 2017.

                          *s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

                         *s/      Nicholas A. Fromherz*
NICHOLAS A. FROMHERZ, CA BAR # 248218
Admitted *Pro Hac Vice*

SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: 206-453-0012
Email: brett@seashepherdlegal.org
Email: nick@seashepherdlegal.org

Attorneys for Plaintiffs

**SO STIPULATED**.

Dated this 6th day of June, 2017.

                         *s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  michelle.lambert@usdoj.gov

Attorney for Defendants

STIPULATION AND ORDER FOR EXTENSION
OF TIME
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | **IT IS SO ORDERED**. |
| 4 | |
| 5 | Dated this 8th day of June, 2017. |

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION
OF TIME
C17-0720 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970