District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

            Plaintiff,

    v.

DEPARTMENT OF THE NAVY,

            Defendant.

Case No. C17-0720 RSM

SECOND STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following initial deadlines for good cause:

| Deadline | Old Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | June 22, 2017 | July 13, 2017 |
| Initial Disclosures | June 29, 2017 | July 20, 2017 |
| Combined Joint Status Report and Discovery Plan | July 7, 2017 | July 27, 2017 |

SECOND STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 22nd day of June, 2017.

    *s/    Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

    *s/    Nicholas A. Fromherz*
NICHOLAS A. FROMHERZ, CA BAR # 248218
Admitted *Pro Hac Vice*

SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: 206-453-0012
Email: brett@seashepherdlegal.org
Email: nick@seashepherdlegal.org

Attorneys for Plaintiffs

**SO STIPULATED**.

Dated this 22nd day of June, 2017.

    *s/    Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: michelle.lambert@usdoj.gov

Attorney for Defendants

SECOND STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 26 day of June, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION FOR EXTENSION
OF TIME AND ORDER
C17-0720 RSM - 3

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970