Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE NAVY,<br>an agency of the United States,<br><br>　　　　Defendant. | NO. 17-CV-00720 RSM<br><br>**STIPULATED MOTION AND ORDER VACATING SCHEDULING ORDER** |

### **STIPULATED MOTION TO VACATE SCHEDULING ORDER**

Plaintiff and Defendant respectfully stipulate and request that the Court vacate the Scheduling Order (Docket No. 14) setting the Rule 26(f) Conference for July 13, 2017, the initial disclosure deadline for July 20, 2017, and the Combined Joint Status Report and Discovery Plan deadline for July 27, 2017. The Parties also respectfully stipulate and request that the Court give the Parties thirty days to file a Stipulation of Settlement and Dismissal or, in the event settlement fails, a status report.

As grounds for this Motion, the Parties state as follows:

STIPULATED MOTION AND ORDER
VACATING SCHEDULING ORDER
- 1 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.

1. On June 26, 2017, the Court issued a Scheduling Order (Docket No. 14), following the Parties' stipulated motion, setting deadlines for the Rule 26(f) conference, initial disclosures, and the Combined Joint Status Report and Discovery Plan.

2. On July 11, 2017, Defendant agreed to provide additional information that may render unnecessary any further litigation in this case.

3. Vacating the Scheduling Order (Docket No. 14) will allow Plaintiff to review this information, and will further allow the Parties to assess the possibility of filing a Stipulation of Settlement and Dismissal. In the event settlement fails, the Parties will file a status report.

4. The Parties respectfully submit that, under the circumstances, there is good cause to vacate the Scheduling Order (Docket No. 14).

WHEREFORE, the Parties respectfully request that the Court (1) vacate the Scheduling Order (Docket No. 14) and all deadlines indicated therein, and (2) set August 14, 2017 as the date by which the Parties must file a Stipulation of Settlement and Dismissal or, in the alternative, a status report.

**SO STIPULATED.**

Dated this 13th day of July, 2017.

s/ *Brett W. Sommermeyer*
Brett W. Sommermeyer (WA Bar No. 30003)
SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, WA 98102
Phone: (541) 418-1603
Email: brett@seashepherdlegal.org

STIPULATED MOTION AND ORDER
VACATING SCHEDULING ORDER                - 2 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.

s/ *Nicholas A. Fromherz*
Nicholas A. Fromherz (CA Bar No. 248218)
Admitted *Pro Hac Vice*
SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, WA 98102
Phone: (503) 836-5260
Email: nick@seashepherdlegal.org

Attorneys for Plaintiff SEA SHEPHERD LEGAL

**SO STIPULATED.**

Dated this 13th day of July, 2017.

s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  michelle.lambert@usdoj.gov

Attorney for Defendant DEPARTMENT OF THE NAVY

STIPULATED MOTION AND ORDER VACATING SCHEDULING ORDER - 3 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.

1

## ORDER

2  **IT IS SO ORDERED**.

3

4  Dated this 18 day of July, 2017.

5

6

7

8  RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION AND ORDER
VACATING SCHEDULING ORDER

- 4 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.