Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE NAVY, an agency of the United States,<br><br>　　　　　　Defendant. | Case No. C17-0720 RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME AND STATUS UPDATE** |

Plaintiff SEA SHEPHERD LEGAL and Defendant DEPARTMENT OF THE NAVY (the Navy) hereby provide the Court with a Status Update pursuant to the Court's July 18, 2017 Order. (Dkt. No. 16).

As the Court is aware, this suit pertains to Plaintiff's request under the Freedom of Information Act ("FOIA") for certain documents related to Navy activity involving the endangered vaquita porpoise. Since Plaintiff filed the Complaint, the Navy has produced a number of documents to the Plaintiff. The parties are currently working together cooperatively to avoid any unnecessary motion practice. Accordingly, the parties propose that they submit an additional update to the Court no later than October 16, 2017. To the extent that there are any developments warranting the imposition of a briefing schedule prior to that date, the parties will so inform the Court.

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME AND STATUS UPDATE
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 14th day of August, 2017.

                        s/ *Brett W. Sommermeyer*
                        s/ *Nicholas A. Fromherz*
BRETT W. SOMMERMEYER, WSBA # 30003
NICHOLAS A. FROMHERZ *pro hac vice,* CA BAR # 248218
SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: 206-453-0012
Email: brett@seashepherdlegal.org
Email: nick@seashepherdlegal.org

**SO STIPULATED**.

Dated this 14th day of August, 2017.

                        s/ *Kayla Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@usdoj.gov

## **ORDER**

**IT IS SO ORDERED**.

Dated this 14 day of August, 2017.

                        RICARDO S. MARTINEZ
                        CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME AND STATUS UPDATE
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970