Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

    Plaintiff,

v.

DEPARTMENT OF THE NAVY, an agency of the United States,

    Defendant.

Case No. C17-0720 RSM

**STIPULATED MOTION FOR EXTENSION OF TIME AND STATUS UPDATE**

    Plaintiff SEA SHEPHERD LEGAL and Defendant DEPARTMENT OF THE NAVY (the Navy) hereby provide the Court with a Status Update pursuant to the Court's August 14, 2017 Order. (Dkt. No. 19).

    As the Court is aware, this suit pertains to Plaintiff's request under the Freedom of Information Act ("FOIA") for certain documents related to Navy activity involving the endangered vaquita porpoise. Since Plaintiff filed the Complaint, the Navy has completed production of all requested documents. The parties are currently working together cooperatively to avoid any unnecessary motion practice and working to resolve any fee issues. Despite the parties' best efforts, certain circumstances have caused additional delay. Defendant has informed Plaintiff that the Navy must coordinate its response to Plaintiff's settlement proposal amount across multiple Navy divisions. Accordingly, the parties propose that they submit an additional update to the Court no

STIPULATED MOTION FOR EXTENSION
OF TIME AND STATUS UPDATE
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

later than December 18, 2017. To the extent that there are any developments warranting the imposition of a briefing schedule prior to that date, the parties will so inform the Court.

Dated this 16th day of October, 2017.

                              s/ *Brett W. Sommermeyer*
                              s/ *Nicholas A. Fromherz*
                              BRETT W. SOMMERMEYER, WSBA # 30003
                              NICHOLAS A. FROMHERZ *pro hac vice,* CA BAR # 248218
                              SEA SHEPHERD LEGAL
                              226 Eastlake Avenue East, No. 108
                              Seattle, WA 98102
                              Phone: 206-453-0012
                              Email: brett@seashepherdlegal.org
                              Email: nick@seashepherdlegal.org

**SO STIPULATED**.

Dated this 16th day of October, 2017.

                              s/ *Kayla Stahman*
                              KAYLA C. STAHMAN, CABA #228931
                              Assistant United States Attorney
                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
                              Seattle, Washington 98101-1271
                              Phone: 206-553-7970
                              Fax: 206-553-4067
                              Email: kayla.stahman@usdoj.gov

## **ORDER**

**IT IS SO ORDERED**.

Dated this 18 day of October, 2017.

                              [signature]
                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION
OF TIME AND STATUS UPDATE
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970