UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>      Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE NAVY, an agency of the United States,<br><br>      Defendant. | Case No. C17-0720 RSM<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME AND STATUS UPDATE** |

  Plaintiff SEA SHEPHERD LEGAL and Defendant DEPARTMENT OF THE NAVY (the Navy) hereby provide the Court with a Status Update pursuant to the Court's October 18, 2017 Order. (Dkt. No. 21).

  As the Court is aware, this suit pertains to Plaintiff's request under the Freedom of Information Act ("FOIA") for certain documents related to Navy activity involving the endangered vaquita porpoise. Since Plaintiff filed the Complaint, the Navy has completed production of all requested documents. The parties have reached a tentative agreement, but are working to finalize the paperwork, which is complicated by holiday travel. Accordingly, the parties propose that they submit an additional update to the Court no later than January 18, 2018. To the extent that there are any developments warranting the imposition of a briefing schedule prior to that date, the parties will so inform the Court.

STIPULATED ORDER
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 18th day of December, 2017.

        s/ *Brett W. Sommermeyer*
        s/ *Nicholas A. Fromherz*
BRETT W. SOMMERMEYER, WSBA # 30003
NICHOLAS A. FROMHERZ *pro hac vice,* CA BAR # 248218
SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: 206-453-0012
Email: brett@seashepherdlegal.org
Email: nick@seashepherdlegal.org

**SO STIPULATED**.

Dated this 18th day of December, 2017.

        s/ *Kayla Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@usdoj.gov

**ORDER**

**IT IS SO ORDERED**.

Dated this 19th day of December, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970