UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

SEA SHEPHERD LEGAL,

                Plaintiff,

v.

DEPARTMENT OF THE NAVY,

                Defendant.

Case No. C17-0720 RSM

STIPULATED ORDER FOR DISMISSAL

The above-captioned action against the United States having been settled through an agreement executed on January 11, 2018, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action.

Respectfully submitted, DATED this 16th day of January, 2018.

    s/ *Brett W. Sommermeyer*
    s/ *Nicholas A. Fromherz*
    BRETT W. SOMMERMEYER, WSBA # 30003
    NICHOLAS A. FROMHERZ *pro hac vice,* CA BAR # 248218
    SEA SHEPHERD LEGAL
    226 Eastlake Avenue East, No. 108
    Seattle, WA  98102

STIPULATED ORDER FOR DISMISSAL
C17-0720 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone: 206-453-0012
Email: brett@seashepherdlegal.org
Email: nick@seashepherdlegal.org

s/ *Kayla Stahman*_____
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@usdoj.gov

## ORDER

Pursuant to the Parties' Stipulation IT IS HEREBY ORDERED this case is DISMISSED with prejudice.

Dated this 17th day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL
C17-0720 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970